UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LANTOS,<br>    Plaintiff,<br><br>v.<br><br>HARBOR GROUP MANAGEMENT<br>COMPANY, INC., GARDENCREST<br>GARDENS, LLC, LIGHTHOUSE<br>MANAGEMENT SERVICES, LLC,<br>and DANIEL GRAY<br>    Defendants. | )<br>)<br>)<br>)  Civil Action No.24-CV-10220-MJJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**HARBOR GROUP MANAGEMENT COMPANY, INC., GARDENCREST GARDENS, LLC, AND DANIEL GRAY'S OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendants Harbor Group Management Company, Inc., Gardencrest Gardens, LLC, and Daniel Gray (hereinafter, the "Harbor Group Defendants") hereby oppose the Motion for Leave to Amend Complaint of Plaintiff James Lantos.  The Harbor Group Defendants refer to and incorporate by reference the arguments referenced in their recently-filed Motion to Dismiss the Complaint, namely, that the complaint fails to contain a short and plain statement of the claim in violation of Fed. R. Civ. P. 8(a)(2). The Amended Complaint, while certainly a step in the right direction, retains the characteristics of the original complaint which rendered it impossible to respond to, including an extensive first-person, present-tense "Allegations" section, containing commentary interspersed with factual allegations of indeterminate time and unclear relevance to Plaintiff's claims.  The vagueness of the timing of the occurrences of the Amended Complaint is consequential, as it appears that some of the activity complained of would have occurred outside of the statute of limitations period.

In further support of this opposition, the Harbor Group Defendants refer to the

memorandum in support of their motion to dismiss filed on February 1, 2024.

For these reasons, the Harbor Group Defendants request that Plaintiff's Motion for Leave to Amend Complaint be denied.

Defendants,
HARBOR GROUP MANAGEMENT COMPANY, INC., GARDENCREST GARDENS, LLC, and DANIEL GRAY

 /s/  Paul A. Hourihan
James Dunphy (BBO #628231)
Jdunphy@kiernantrebach.com
Paul A. Hourihan (BBO #682505)
phourihan@kiernantrebach.com
Kiernan Trebach LLP
40 Court Street, 3rd Floor
Boston, Massachusetts 02108
(617) 426-3900

March 27, 2024

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of March, 2024, I served a copy of the foregoing on the below parties via email and/or U.S. Mail, and caused to be served via the District Court ECF system via email, where applicable:

Via ECF and Email:
Mr. James Lantos
408 Paris Hill Road
South Paris, ME 04281
jim@jimlantos.com

Via U.S. Mail:
Lighthouse Management Company, Inc.
2711 North Haskell Avenue, Suite 1700
Dallas, TX 75204

 /s/  Paul A. Hourihan
Paul A. Hourihan